AO 441 (Rev. 07/10)  Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Christina Melito, Christopher Legg, Alison Pierce, et al<br>*Plaintiff*<br>v.<br>American Eagle Outfitters, Inc., et al.<br>*Defendant, Third-party plaintiff*<br>v.<br>Experian Marketing Soltuions, Inc.<br>*Third-party defendant* | )<br>)<br>)  Civil Action  No.  1:14-cv-02440 (VEC)<br>)<br>)<br>)<br>)<br>) |

**SUMMONS ON A THIRD-PARTY COMPLAINT**

To: *(Third-party defendant's name and address)*   Experian Marketing Solutions, Inc.
c/o C T Corporation System
111 Eighth Avenue
New York, New York 10011

A lawsuit has been filed against defendant  American Eagle Outfitters, , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff  Christina Melito, Christopher L .

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:
Richard T. Victoria
Gordon & Rees Scully Mansukhani, LLP, 707 Grant Street, Suite 3800, Pittsburgh, PA 15219

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
Please see the attached list for Plaintiffs' counsels names and addresses

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint.  You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached.  You may – but are not required to – respond to it.

Date: _____

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 07/10)  Summons on Third-Party Complaint (Page 2)

Civil Action No. 1:14-cv-02440 (VEC)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**Plaintiffs' Counsel**

Joseph A. Fitapelli
Email: jfitapelli@fslawfirm.com
Brian Scott Schaffer
Email: bschaffer@fslawfirm.com
Frank Joseph Mazzaferro
Email: fmazzaferro@fslawfirm.com
Fitapelli & Schaffer, LLP
475 Park Avenue South, 12th Floor
New York, NY 10016

Scott D. Owens
E-mail:scott@scottdowens.com
Patrick C. Crotty
Email: pccrotty@gmail.com
SCOTT D. OWENS, P.A.
3800 S. Ocean Drive, Suite 235
Hollywood, Florida 33019

Joseph J. Siprut
Email: jsiprut@siprut.com
Ismael T. Salam
Email: isalam@siprut.com
SIPRUT PC
17 N. State Street, Suite 1600
Chicago, IL 60602

Vincent D. Howard
Email: vhoward@howardlawpc.com
Gregory H.D. Alumit
Email: galumit@howardlawpc.com
Howard Law, PC
675 Anton Boulevard, First Floor
Costa Mesa, California 92626

Beth E. Terrell
Email: bterrell@tmdwlaw.com
Mary Reiten
Email: mreiten@tmdwlaw.com
Email: AMcEntee@tmdwlaw.com
TERRELL MARSHALL DAUDT &
WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869

Keith J. Keogh
Email: keith@keoghlaw.com
Michael S. Hilicki
Email: mhilicki@keoghlaw.com
KEOGH LAW, LTD
55 W. Monroe Street, Suite 3390
Chicago, Illinois 60603

Bradley K. King
Email: bking@ahdootwolfson.com
AHDOOT & WOLFSON, PC
1016 Palm Avenue
West Hollywood, CA 90069

David M. Arbogast
Email: david@arbogastlawpc.com
Arbogast Law
8117 W. Manchester Avenue, Suite 530
Playa Del Rey, California 90293