UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

|  |  |  |
|---|---|---|
| | x | |
| CHRISTINA MELITO, CHRISTOPHER LEGG, ALISON PIERCE, and WALTER WOOD, Individually and on Behalf of All Others Similarly Situated, | : : : : : | Civil Action No. 1:14-cv-02440-VEC

MOTION OF C. BENJAMIN NUTLEY TO APPEAR PRO HAC VICE |
| Plaintiffs, | : : | |
| vs. | : : | |
| AMERICAN EAGLE OUTFITTERS, INC., a Delaware corporation, AEO MANAGEMENT CO., a Delaware corporation, and EXPERIAN MARKETING SOLUTIONS, INC., | : : : : : | |
| Defendants. | : x | |

---

PURSUANT TO RULE 1.3(c) of the Local Rules of the District Courts for the Southern and Eastern Districts of New York, I, Charles Benjamin Nutley, hereby move this Court for an Order of admission to practice *Pro Hac Vice* as counsel for, an unnamed class members and objectors Kara M. Bowes and Brooke Bowes in the above-captioned action.

As set forth in the accompanying declaration, and as evidenced by the May 23, 2017, Certificate of Good Standing issued by the Clerk of the Supreme Court of the State of California attached thereto, I am a member in good standing of the bar of the State of California. I have never been convicted of a felony; I have never been censured, suspended, disbarred, or denied admission or readmission by any court; and there are no pending disciplinary proceedings against me in any state or federal court.

1

My contact information is:

C. Benjamin Nutley
Attorney at Law
1055 E. Colorado Blvd., 5th Floor
Pasadena, CA 91106
Telephone: 626-204-4060
E-mail: nutley@zenlaw.com

DATED:  June 6, 2017                    Respectfully submitted,


                                    _____/s/_____
                                    C. BENJAMIN NUTLEY


                                    LAW OFFICE OF ERIC ALAN ISAACSON
                                    ERIC ALAN ISAACSON
                                    La Jolla, CA 92037
                                    Telephone:  858-263-9581
                                    Email:  ericalanisaacson@icloud.com

                                    C. BENJAMIN NUTLEY,
                                    ATTORNEY AT LAW
                                    1055 E. Colorado Blvd., 5th Floor
                                    Pasadena, CA 91106
                                    Telephone:  626-204-4060
                                    Email:  nutley@zenlaw.com

                                    Attorneys for Class-Members/Objectors Kara M.
                                    Bowes and Brooke Bowes