USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/9/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X

CHRISTINA MELITO, CHRISTOPHER LEGG, ALISON PIERCE and WALTER WOOD, individually and on behalf of all others similarly situated,

            Plaintiff,

-against-

AMERICAN EAGLE OUTFITTERS, INC., and AEO MANAGEMENT CO.,

           Defendants.

------------------------------------------------------------------- X

14-CV-2440 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS Kara Bowes and Brooke Bowes (collectively, the "Bowes Objectors") object to the class settlement in this case;

    WHEREAS the Court held a discovery call on June 7, 2017, relating to discovery disputes between Plaintiffs and the Bowes Objectors;

    WHEREAS the Court ordered Plaintiffs and the Bowes Objectors to submit a letter not longer than three pages setting forth their respective positions [Dkt. 277];

    WHEREAS the Bowes Objectors' letter consisted of over 200 pages, in violation of the Court Order;

    WHEREAS the Court has disregarded the over 200 pages of material in the attachments to the Bowes Objectors' letter.  The parties are advised that page limits are not to be circumvented by submitting a compliant letter that attaches hundreds of pages of declarations;

    IT IS HEREBY ORDERED that the Bowes Objectors' request to quash the subpoenas for the Bowes Objectors' depositions is DENIED subject to the depositions proceeding in the

Bowes Objectors' home town.  The deposition for each of the Bowes Objectors' must be not longer than four hours in duration.  Contrary to the Bowes Objectors' assertion, the Court does not consider the request for their depositions to constitute "retaliation" for filing an objection.  Having objected, the Bowes Objectors inserted themselves into this litigation, and Plaintiffs' counsel is entitled to explore the basis for their objections.

IT IS FURTHER ORDERED that the Bowes Objectors' request for the depositions of the Plaintiffs is DENIED.  Mr. Isaacson has shown absolutely no legal basis for the depositions, nor has he demonstrated why Plaintiffs' depositions are at all relevant to the Bowes Objectors' objections.

IT IS FURTHER ORDERED that no party to this action and no attorney representing any party in this action may make any payments to any objectors or their counsel without the express permission of this Court.

**SO ORDERED.**

Date:  June 9, 2017
New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**