UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTINA MELITO, CHRISTOPHER LEGG, ALISON PIERCE, and WALTER WOOD, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN EAGLE OUTFITTERS, INC., a Delaware corporation, AEO MANAGEMENT CO., a Delaware corporation, and EXPERIAN MARKETING SOLUTIONS, INC.,<br><br>Defendants. | NO. 1:14-cv-02440-VEC |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement, Plaintiffs Christina Melito, Christopher Legg, Alison Pierce, and Walter Wood, by and through their undersigned counsel, will and hereby do move this Court, before the Honorable Valerie E. Caproni, United States District Court for the Southern District of New York, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, 10007, on August 22, 2017, at 10:00 a.m., or at such date and time as the Court shall designate, for an order granting final approval of class action settlement.

PLEASE TAKE FURTHER NOTICE that Local Civil Rule 6.1(b)(2) requires that any opposing affidavits and answering memoranda shall be served within fourteen (14) days after service of these moving papers.

PLEASE TAKE FURTHER NOTICE that Plaintiffs' reply affidavits and memoranda of law shall be served and filed, in accordance with Local Civil Rule 6.1(b)(3), within seven (7) days after service of the answering papers.

RESPECTFULLY SUBMITTED AND DATED this 21st day of July, 2017.

    TERRELL MARSHALL LAW GROUP PLLC

    By: /s/ Adrienne D. McEntee, *Admitted Pro Hac Vice*
        Beth E. Terrell, *Admitted Pro Hac Vice*
        Email:  bterrell@terrellmarshall.com
        Mary B. Reiten, *Admitted Pro Hac Vice*
        Email:  mreiten@terrellmarshall.com
        Adrienne D. McEntee, *Admitted Pro Hac Vice*
        Email:  amcentee@terrellmarshall.com
        936 North 34th Street, Suite 300
        Seattle, Washington  98103-8869
        Telephone:  (206) 816-6603
        Facsimile:  (206) 319-54540

        Joseph A. Fitapelli
        Email: jfitapelli@fslawfirm.com
        Brian S. Schaffer
        Email:  bschaffer@fslawfirm.com
        Frank J. Mazzaferro
        Email:  fmazzaferro@fslawfirm.com
        FITAPELLI & SCHAFFER, LLP
        28 Liberty Street, 30th Floor
        New York, New York 10005
        Telephone:  (212) 300-0375
        Facsimile:  (212) 481-1333

        Scott D. Owens, *Admitted Pro Hac Vice*
        Email:  scott@scottdowens.com
        Patrick C. Crotty
        Email:  pccrotty@gmail.com
        SCOTT D. OWENS, P.A.
        3800 S. Ocean Drive, Suite 235
        Hollywood, Florida 33019
        Telephone:  (954) 589-0588
        Facsimile:  (954) 337-0666

        Keith J. Keogh, *Admitted Pro Hac Vice*
        Email:  keith@keoghlaw.com
        Michael S. Hilicki, *Admitted Pro Hac Vice*
        Email:  michael@keoghlaw.com
        Michael Karnuth, *Admitted Pro Hac Vice*
        KEOGH LAW, LTD.
        55 West Monroe Street, Suite 3390
        Chicago, Illinois 60603
        Telephone:  (312) 726-1092
        Facsimile:  (312) 726-1093

    *Attorneys for Plaintiffs and the Putative Classes*

## CERTIFICATE OF SERVICE

I, Adrienne D. McEntee, hereby certify that on July 21, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Craig J. Mariam, *Admitted Pro Hac Vice*
Email:  cmariam@gordonrees.com
Kristie Morgan Simmerman, *Admitted Pro Hac Vice*
Email: ksimmerman@gordonrees.com
GORDON & REES LLP
633 West Fifth Street, Suite 5200
Los Angeles, California 90071
Telephone: (213) 576-5000
Facsimile:  (877) 306-0043

Richard T. Victoria, *Admitted Pro Hac Vice*
Email: rvictoria@gordonrees.com
GORDON & REES LLP
707 Grant St, Suite 3800
Pittsburgh, PA 15219
Phone: (412) 577-7400
Facsimile: (412) 347-5461

Eric Robert Thompson
GORDON & REES LLP
Email: ethompson@gordonrees.com
200 South Biscayne Boulevard, Suite 4300
Miami, Florida  33131
Telephone:  (305) 428-5300
Facsimile:  (877) 634-7245

*Attorneys for Defendants American Eagle Outfitters, Inc., and AEO Management Co.*

Christopher Martin Lomax
Email: clomax@jonesday.com
JONES DAY
600 Brickell Avenue, Suite 3300
Miami, Florida  33131
Telephone:  (305) 714-9719
Facsimile:  (305) 714-9799

John Alexander Vogt, *Admitted Pro Hac Vice*
Email: javogt@jonesday.com
Richard J. Grabowski, *Admitted Pro Hac Vice*
Email: rgrabowski@jonesday.com
Paul Bartholomew Green
Email: bartgreen@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, California  92612
Telephone:  (949) 851-3939
Facsimile:  (949) 553-7539

*Attorneys for Defendant Experian Marketing Solutions, Inc.*

Eric Alan Isaacson
Email: ericalanisaacson@icloud.com
LAW OFFICE OF ERIC ALAN ISAACSON
La Jolla, California 92037
Telephone: (858) 263-9581

C. Benjamin Nutley
Email: nutley@zenlaw.com
1055 East Colorado Blvd., 5th Floor
Pasadena, California 91106
Telephone: (626) 204-4060

*Attorneys for Class-Members/Objectors Kara M. Bowes and Brooke Bowes*

DATED this 21st day of July, 2017.

        TERRELL MARSHALL LAW GROUP PLLC


        By: /s/ Adrienne D. McEntee, *Admitted Pro Hac Vice*
          Adrienne D. McEntee, *Admitted Pro Hac Vice*
          Email:  amcentee@terrellmarshall.com
          936 North 34th Street, Suite 300
          Seattle, Washington  98103-8869
          Telephone:  (206) 816-6603
          Facsimile:  (206) 319-5450

        *Attorneys for Plaintiffs and the Putative Classes*