| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 8/16/2017 |

-----------------------------------------------------------------X
CHRISTINA MELITO, CHRISTOPHER LEGG,
ALISON PIERCE and WALTER WOOD,
individually and on behalf of all others similarly
situated,

                       Plaintiffs,

                       -against-

AMERICAN EAGLE OUTFITTERS, INC., and AEO
MANAGEMENT CO.,

                       Defendants.
-----------------------------------------------------------------X

14-CV-2440 (VEC)

ORDER

**VALERIE CAPRONI, United States District Judge:**

WHEREAS Plaintiffs filed a Motion for Final Approval of Class Action Settlement [Dkt. 292];

WHEREAS the final approval hearing is scheduled for August 22, 2017, at 10:00 a.m. [Dkt. 259];

IT IS HEREBY ORDERED that the final approval hearing is ADJOURNED to **August 22, 2017, at 11:00 a.m.**, in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY  10007.

**SO ORDERED.**

Date:  August 16, 2017
        New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**