UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

+-----------------------------------------------------------------X

CHRISTINA MELITO, CHRISTOPHER LEGG,  :
ALISON PIERCE and WALTER WOOD,       :
individually and on behalf of all others similarly :
situated,                            :
                                     :
                       Plaintiff,    :
                                     :
           -against-                 :
                                     :
AMERICAN EAGLE OUTFITTERS, INC., and AEO :
MANAGEMENT CO.,                      :
                                     :
                       Defendants.   :

+--------------------------------------------------------- X

AMERICAN EAGLE OUTFITTERS, INC., and AEO :
MANAGEMENT CO.,                      :
                                     :
                  Third-Party Plaintiffs,  :
                                     :
           -against-                 :
                                     :
EXPERIAN MARKETING SOLUTIONS, INC.,  :
                                     :
                  Third-Party Defendant.:

+-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/14/2017

14-CV-2440 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on November 22, 2016, the Court stayed discovery relating to claims in the

Third-Party Complaint through preliminary approval of the class settlement [Dkt. 244];

WHEREAS on September 8, 2017, the Court approved the class action settlement in this

case;

IT IS HEREBY ORDERED that the stay of discovery relating to claims in the Third-

Party Complaint is LIFTED.  Third-Party Plaintiffs American Eagle Outfitters, Inc., and AEO

Management Co. ("AEO") and Third-Party Defendant Experian Marketing Solutions, Inc.

("Experian") are directed to appear for a status conference on **October 13, 2017, at 10:00 a.m.**,

to set a discovery calendar in the third-party action.  On or before October 5, 2017, AEO and Experian must submit a joint letter discussing: (1) the status of discovery in the case and proposed discovery deadlines; (2) any anticipated motions; and (3) the prospect of settlement.

**SO ORDERED.**

Date:  **September 14, 2017**
       **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**