UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  | x |  |
|---|---|---|
| CHRISTINA MELITO, CHRISTOPHER LEGG, ALISON PIERCE, and WALTER WOOD, Individually and on Behalf of All Others Similarly Situated, | : : : : : | Civil Action No. 1:14-cv-02440-VEC<br><br>NOTICE OF APPEAL OF CLASS MEMBER AND OBJECTOR KARA BOWES |
| Plaintiffs, | : : | |
| vs. | : : | |
| AMERICAN EAGLE OUTFITTERS, INC., a Delaware corporation, AEO MANAGEMENT CO., a Delaware corporation, and EXPERIAN MARKETING SOLUTIONS, INC., | : : : : : | |
| Defendants. | : : | |
|  | x |  |

NOTICE IS HEREBY GIVEN that **Kara Bowes**, a class member and objector bound by the district court's judgment in the above-captioned case, hereby appeals to the United States Court of Appeals for the Second Circuit from the ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT, DISMISSING CLASS PLAINTIFFS' CLAIMS AND ENTERING FINAL JUDGMENT dated and entered September 8, 2017 (**Docket Entry 319**), as amended by the ORDER dated and entered September 20, 2017 (**Docket Entry 325**), finding no just reason for delay and directing entry of final judgment against American Eagle Outfitters, Inc. and AEO Management Co.; as well as from any prior orders merged with or incorporated in the relevant judgment, including without limitation the ORDER dated and entered June 9, 2017 (**Docket Entry 280**), denying class member Bowes's request for access to the named plaintiffs' deposition transcripts; and the OPINION AND ORDER dated September 8, 2017, and entered September 11, 2017 (**Docket Entry 318**), overruling Ms. Bowes's objections and granting the named plaintiffs' Motion for Final Approval of Class Action Settlement, and their Motion for Attorneys' Fees, Costs, and Service Awards.

DATED: October 6, 2017  
                                            LAW OFFICE OF ERIC ALAN ISAACSON  
                                            ERIC ALAN ISAACSON (admitted pro had vice)

                                            Eric Alan Isaacson  
                                            (admitted pro hac vice)

                                            6580 Avenida Mirola  
                                            La Jolla, CA    92037-6231  
                                            Telephone:  858-263-9581  
                                            ericalanisaacson@icloud.com

C. BENJAMIN NUTLEY, ATTORNEY
C. BENJAMIN NUTLEY (admitted pro hac vice)
1055 E. Colorado Blvd., 5th Floor
Pasadena, CA     91106
Telephone:  626-204-4060
nutley@zenlaw.com

Attorneys for Kara Bowes, Class Member and Objector