USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/17/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------- X
BROOKE BOWES, individually and on behalf      :
of all others similarly situated,              :
                                               :
                              Plaintiff,       :
                                               :     18-CV-9004 (VEC)
            -against-                          :
                                               :     14-CV-2440 (VEC)
                                               :
AMERICAN EAGLE OUTFITTERS, INC., a             :     ORDER
Delaware corporation; and                      :
AEO MANAGEMENT CO., a Delaware                 :
corporation                                    :
                              Defendant.       :
------------------------------------------------------------- X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties in this case and the related case *Melito v. American Eagle Outfitters, Inc.*, 14-CV-2440, appeared before this Court for a conference;

IT IS HEREBY ORDERED that Plaintiff in *Bowes* must file an Amended Complaint no later than **February 14, 2020**. Defendant in *Bowes* must answer or otherwise respond to the Amended Complaint no later than **March 13, 2020**. If Defendant files a motion to dismiss, Plaintiff's opposition is due no later than **April 10, 2020**, and Defendant's reply is due no later than **April 24, 2020**.

IT IS FURTHER ORDERED that Third-Party Defendant Experian Marketing Solutions, Inc.'s answer in *Melito* is due no later than **February 7, 2020**.

IT IS FURTHER ORDERED that discovery in *Bowes* and *Melito* is stayed pending further order from this Court.

**SO ORDERED.**

Date: January 17, 2020
New York, New York

_____
**VALERIE CAPRONI
United States District Judge**