UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

AMERICAN EAGLE OUTFITTERS & AEO
MANAGEMENT CO.,

                Third-Party Plaintiff,

    -against-

EXPERIAN MARKETING SOLUTIONS, INC.,

                Third-Party Defendant.
-----------------------------------------------------------------X

14-CV-02440 (VEC)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      In light of recent public health developments, the settlement conference scheduled for Tuesday, May 19, 2020, at 10:00 a.m. will be conducted telephonically rather than in person. The Court will provide dial-in information by email before the conference.

**SO ORDERED.**

                                                                  SARAH NETBURN
                                                                 United States Magistrate Judge

DATED:      April 21, 2020
                New York, New York